# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIGH COUNTRY CLUB, LLC, | ) | Case No. 09-11070-MER |
| EIN: 20-2418844 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## MOTION FOR APPROVAL OF SETTLEMENT
### (American Express Travel Related Services Company)

Jeffrey A. Weinman, as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of High Country Club LLC, for his Motion to Approve Settlement Agreement (American Express Travel Related Services Company) (this "Motion"), states:

1.     On January 27, 2009 (the "Petition Date"), High Country Club, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of title 11, U.S.C. (the "Bankruptcy Code"),  commencing bankruptcy case number 09-11070 MER (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Colorado (this "Court").

2.     The Trustee believes that American Express Travel Related Services Company ("American Express") received transfers from the Debtor totaling $93,685.46 (the "Transfers"). On January 26, 2011, the Trustee commenced adversary proceeding number 11-1066 MER (the "Adversary Proceeding") against American Express seeking to avoid and recover the Transfers under § 547(b) of the Bankruptcy Code.  American Express denies any liability for the Transfers and believes that it has valid defenses to the Trustee's avoidance claims.

3.     The Trustee and American Express have reached an agreement to settle fully and finally all of the matters related to the Adversary Proceeding.  A true and correct copy of the

Settlement Agreement between the Trustee and American Express is attached to this Motion as **Exhibit A**. Under the settlement, American Express will pay $62,000.00 to compromise the Adversary Proceeding. Payment will be made following approval of the settlement agreement. American Express also may file a proof of claim for the settlement amount once paid to the Trustee.

4.      Through this Motion the Trustee requests approval of the compromise and settlement agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARGUMENT AND AUTHORITY

5.      "To minimize litigation and expedite the administration of a bankruptcy estate, 'compromises are favored in bankruptcy.'" *Myers v. Martin (In re Martin)*, 91 F.3d 389, 393 (3d Cir. 1996) (quoting 9 Collier on Bankruptcy ¶ 9019.03[1] (15th ed. 1993)). In assessing a request to approve a compromise under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, "a court's general charge is 'to determine whether the settlement is fair and equitable and in the best interests of the estate.'" *Official Committee of Unsecured Creditors v. Western Pacific Airlines, Inc. (In re Western Pacific Airlines, Inc.)*, 219 B.R. 575, 579 (D. Colo. 1998) (quoting *Kaiser Steel Corp. v. Frates (In re Kaiser Steel Corp.)*, 105 B.R. 971, 976 (D. Colo. 1989)).

6.      Although the Court has discretion to approve a settlement under Rule 9019, *Kaiser Steel*, 105 B.R. at 978, its decision "must be an informed one based upon an objective evaluation of developed facts." *Reiss v. Hagmann*, 881 F.2d 890, 892 (10th Cir. 1989).

7.      Courts have focused on four primary factors in considering approval of bankruptcy settlements: "the probable success of the litigation on the merits, any potential difficulty in collection of a judgment, the complexity and expense of the litigation and the interests of creditors in deference to their reasonable views." *Kaiser Steel*, 105 B.R. at 977; *see*

*Korngold v. Loyd (In re Southern Medical Arts Companies, Inc.)*, 343 B.R. 250, 256 (B.A.P. 10th Cir. 2006) (same); *Martin*, 91 F.3d at 393 (same).  In addition to considering those factors, the Court "must carefully weigh the value of the settled claim against the value to the estate by the settlement." *In re The Hermitage Inn, Inc.*, 66 B.R. 71, 72 (Bankr. D. Colo. 1986).

8.    "[S]ome deference to the business judgment" of the trustee also is appropriate where a proposed settlement otherwise is fair and equitable to the estate.  *In re OptInRealBig.com, LLC*, 345 B.R. 277, 291 (Bankr. D. Colo. 2006).

9.    In this case, the Trustee believes that the settlement with American Express is in the best interests of the estate because it avoids the cost, delay, and risk of litigation.  American Express' payment of $62,000.00 to the estate eliminates further fees and costs for prosecuting the avoidance claims in the Adversary Proceeding and allows the estate a reasonable recovery.  The terms of the prepetition agreement, the timing of the various payments, and the circumstances surrounding the Transfers provide American Express with viable defenses.  Specifically, American Express has demonstrated a partial new value defense and a potential to defend under an ordinary course of business defense.  The settlement with American Express is fair, reasonable and in the best interest of the estate for purposes of approval under Fed. R. Bankr. P. 9019.

WHEREFORE, for all of the foregoing reasons, the Trustee respectfully requests entry of an order approving the settlement with American Express and for such other relief as deemed appropriate.

3

Dated this 7th day of February, 2012.

**LINDQUIST & VENNUM P.L.L.P.**

By:   /s/ Ethan J. Birnberg
      Ethan J. Birnberg, #43343
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: ebirnberg@lindquist.com

Attorneys for Jeffrey A. Weinman, Chapter 7
Trustee for the High Country Club, LLC

4

## CERTIFICATE OF SERVICE

I hereby certify that on 7th day of February, 2012, the foregoing **MOTION FOR APPROVAL OF SETTLEMENT (American Express Travel Related Services Company),** was served by U.S. Mail, first class postage prepaid, to the following parties below and on the attached list.

Kristan Howard, Esq.
Flaster/Greenberg P.C.
1600 JFK Blvd, Suite 200
Philadelphia, PA 19103

Paul G. Urtz, Esq.
Stutz, Miller & Urtz, LLC
1660 Lincoln Street, #2850
Denver, CO 80264

/s/ Malinda Moss

Label Matrix for local noticing
1082-1
Case 09-11070-MER
District of Colorado
Denver
Tue Feb  7 14:20:07 MST 2012

1600 Broadway on the Square
745 Fifth Avenue, Suite 1707
New York, NY 10151-1700

1600 Broadway on the Square
Suite 1707
745 Fifth Avenue
New York, NY 10151-1700

1st Data Corporation
1 Western Maryland Parkway
Hagerstown, MD 21740-5146

ASAP Glass Services, Inc.
9275 Ralston Road
Arvada, CO 80002-2046

AT&T Mobility
P.O. Box 30218
Los Angeles, CA  90030-0218

Abbey
7270 Cardinal Lane
Chagrin Falls, OH 44022-2651

Air Conditioning Equipment Services
75-5821 Pelekila Place
Kailua Kona, HI 96740-2034

Alayna Max
1719 Linden Avenue
Nashville, TN 37212-5111

Alber
4124 Prairie Fire Circle
Longmont, CO  80503-6444

Alford
1003 Indian Trail
College Station, TX 77845-5643

All Valley Storage
P.O. Box 2748
Silverthorne, CO 80498-2748

Allegiant Management LLC
PO Box 66
Winter Park, CO 80482-0066

Alpine Financial
Suite 200
238 Walnut Street
Fort Collins, CO 80524-2437

Altman, Stuart M.
11709 Slatestone Court
Potomac, MD 20854-2099

Amacher, Terry
2705 Walkin Cove
Round Rock, TX  78681

Amacher, Todd
4502 Scenic Dr.
Rowlett, TX  75088-6805

America's Servicing Company
P.O. Box 60768
Los Angeles, CA  90060-0768

American Express Merchant Services
PO Box 53852
Phoenix, AZ 85072-3852

American Express Travel Related Services Co
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Dayle L. Anderson
2117 Ford St.
Golden, CO 80401-2423

Anguiano
4688 Cedar Glen Place
Castle Rock, CO 80109-7916

Anthem Blue Cross Blue Shield
P.O. Box 541013
Los Angeles, CA  90054-1013

Appearances
1985 Biron Road
Montrose, CO 81401-7571

Appleby, John D.
P.O. Box 2535
Edwards, CO 81632-2535

Arias
1390 Shady Knoll Court
Longwood, FL 32750-7152

Arias(2)
Suite 100
140 North Westmonte Drive
Altamonte Springs, FL 32714-3340

Armen Kasabian
256C Mason Avenue
Staten Island, NY  10305

Arroyo
Apt. 106 - Baldwin Park
1875 Lakemont Ave
Orlando, FL 32814-6361

Atherton
700 17th Street, Suite 2000
Zakhem Atherton, LLC
Denver, CO 80202-3523

(p)ATMOS ENERGY
P O BOX 650205
DALLAS TX 75265-0205

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124-6800

Austin
2314 McAllister
Houston, TX 77092-8025

Austin, D
2840 Park Avenue
Soquel, CA 95073-2866

Avan J. Rubin
28825 Summit Ranch Drive
Golden, CO 80401-9763

BKD, LLP
1700 Lincoln Street, Suite 140
Wells Fargo Center
Denver, CO 80203-4500

BLP Abogados
P.O. Box 025331
SJO 12582
Miami, FL  33102-5331

Baker Consolidated Holdings, LLC
4667 Stone Manor Heights
Colorado Springs, CO 80906-8603

Banbury
35 Ivy Street
Denver, CO 80220-5844

Bank Of America
P.O. Box 533512
Atlanta, GA  30353-3512

Bardwell
1078 Mill Field Ct
Great Falls, VA 22066-1868

Barnes
16919 West 63rd Lane
Golden, CO 80403-7417

Bart Built Construction
P.O. Box 8033
Breckenridge, CO 80424-8033

Bartnik
4947 Edge Rock Drive
Chantilly, VA 20151-4106

Bashaw
195 East Morgan Street
Perris, CA 92571-3112

Baumueller
For FedEx
9524 Oakridge Place
Chatsworth, CA 91311-2678

Britney* Beall-Eder
999 18th St.
Ste. 2201
Denver, CO 80202-2402

Bendiksen
1309 Placer Drive
Allen, TX  75013-2800

Bennett
1450 S. Humboldt Street
Denver, CO 80210-2319

Bentley
2 Rose Center
Littleton, CO  80127

Beresford
3320 Canoe Brook Parkway
Raleigh, NC 27614-8686

Berger
24961 Highspring Avenue
Newhall, CA 91321-3461

Bert
1124 Blackheath Lane
Harrisburg, PA 17109-1205

Bey, Robert
11465 Weatherhill Way
San Deigo, CA  92131-2915

Bilotta
19262 Terrace View CR
Portola Hills, CA 92679-1020

Binder
5192 S Hanover Street
Englewood, CO 80111-6242

Bio-Tech Exterminators
46-080 Calhoun Street
Indio, CA 92201-4708

Ethan Birnberg
600 17th St., Ste. 1800
Denver, CO 80202-5402

Black Bear Lodge
Suite 203
4343 North Hwy 224
Park City, UT 84098-5952

Bluffs Destination Resorts, LLC
Suite 2000
700 17th Street
Denver, CO 80202-3523

Bogler
19072 Green Oaks Rd
Yorba Linda, CA 92886-2749

Boogaert
251 Edwards Street
Ridgewood, NJ 07450-5011

Bourne
4765 W. 105th Way
Westminster, CO 80031-1970

Bowling
6357 South Jamaica Court
Englewood, CO 80111-6628

Bradley Sanders
2250 Juniper Ct.
Golden, CO 80401-9107

Bramwell
5460 Chickadee Court
Parker, CO 80134-2781

Brenneman, Steven
1444 Forest Ave.
River Forest, IL 60305-1002

Brian Van Vechten
6191 Massive Peak Circle
Castle Rock, CO 80108-9485

Broerman
5093 Castle Pines Drive South
Castle Rock, CO 80108-8840

Brown
5503 Prestick Lane
Dallas, TX 75252-4978

Browne
400 Morning Glory Lane
Wausau, WI 54401-6719

Brownstein Hyatt Farber & Schreck
410 Seventeenth Street
Denver, CO 80202-4468

Brownstein Hyatt Farber Schreck, LLP
410 - 17th Street, Suite 2200
Denver, CO 80202-4432
Attn: Michael A. Pahl

Bruman
16414 Shelby Court
Spring, TX 77379-6578

Building Specialties of Carolina
2517 Argent Blvd.
Ridgeland, SC 29936-8113

Buss
1343 Castlepoint Circle
Castle Rock, CO 80108-8287

Butler
5355 South Newland Court
Littleton, CO 80123-0675

Butler 2
5355 South Newland Court
Littleton, CO 80123-0675

CG Villas Bldg 1 Condo Assoc.
Suite 950
201 East Pine Street
Orlando, FL 32801-2767

CIT Technology Fin. Serv, Inc.
P.O. Box 100706
Pasadena, CA 91189-0706

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

Callahan Group, LLC
C/O Overturf, McGath, Hull & Doherty
625 E 16th Ave., Suite 100
Denver, CO 80203-2052

Callahan Group, LLC
C/O Overturf, McGath, Hull & Doherty
6258 E 16th Ave., Suite 100
Denver, CO 80203

Centra Systems Hawaii
1803 Wili Pa Loop
Wailuku, HI 96793-1273

Central Parking
P.O. Box 790402
St. Louis, MO 63179-0402

CenturyTel
P.O. Box 4300
Carol Stream, IL 60197-4300

ChampionsGate Condominium POA
Suite 950
201 East Pine Street
Orlando, FL 32801-2767

Chan
2185 Alpine Drive
West Linn, OR 97068-8621

Charter Communications
P.O. Box 9001005
Louisville, KY 40290-1005

Chartrand
7141 Winter Ridge Dr
Castle Rock, CO 80108-3676

Chase
2021 Leeward Lane
Newport Beach, CA 92660-3806

Chasman
33 Amber Hill Drive
Pittsford, NY  14534-9446

Cheah
40 Prospect Park West, 5K
Brooklyn, NY 11215-2356

Cheng
12160 Wyne Court
Tustin, CA 92782-1184

Chenille Cleaners
333 West 57th Street
New York, NY 10019-3159

Chevy Chase Bank
6151 Chevy Chase Drive
Attn: Payment Processing
Laurel, MD  20707-2918

Chew
78 W. Kingston Park Lane
Middle River, MD 21220-4941

Chila
#160
3 San Joaquin Plaza
Newport Beach, CA 92660-5945

City and County of Denver/Treasury
McNichols Civic Center Building
Attn: Karen Katros, Bankruptcy Analyst
144 W. Colfax Ave., Room 384
Denver, CO 80202-5391

Ciulla
45 Rolling Hills Circle
Denton, TX 76205-8560

Clappison
244 Terrace Wood Crescent
Kitchener, ON  N2P 2T3

Clark
646 Tetbury Court
Castle Rock, CO 80108-3603

Clark & Albaugh, LLP
655 W. Morse Street, Suite 212
Winter Park, FL 32789-3745

Coachella Valley Water District
P.O. Box 5000
Coachella, CA  92236-5000

Coastal Plains Insurance Agency
P.O. Box 6869
Attn: Jens Zander
Hilton Head Island, SC 29938-6869

Codington
1070 Polipoli Road
Kula, HI  96790-7625

Codington, Terry Dr.
1070 Poli Poli Road
Kula, HI 96790-7625

Cohen
4357 Deerwood Lane
Evans, GA 30809-4605

Colorado Department of Revenue
1375 Sherman
Denver, CO 80203-2246

Comcast
9602 S 300 W
Sandy, UT  84070-3340

Comcast
P.O. Box 34744
Seattle, WA  98124-1744

Comcast Cable
P.O. Box 34227
Seattle, WA  98124-1227

Community Services Associates, Inc.
175 Greenwood Drive
Security Department
Hilton Head Island, SC 29928-4506

Companion Life
P.O. Box 100102
Columbia, SC 29202-3102

Compass North
c/o Brian Leslie
300 Whitemarsh Valley Rd.,
Fort Washington, PA 19034-2013

Complete Business Systems, Inc.
5195 Marshall Street
Arvada, CO 80002-4628

Connelly
32651 Meadow Mountain Road
Evergreen, CO 80439-9731

Cook
1475 Chandler Road
Lake Oswego, OR 97034-2809

Cortez
5324 Carolyn Vista Lane
Bonita, CA 91902-2565

Cortina
Vasco De Quiroga 2121 4 Piso
Mexico City,    01210

Cottrell
5815 West Frost Drive
Littleton, CO 80128-7011

Cottrell
c/o Kimberly A. Bruetsch, Esq.
1099 18th Street, Suite 2600
Denver, CO 80202-1937

Countrywide Home Loans
P.O. Box 650070
Dallas, TX  75265-0070

D'Amato
3415 Ivy Trail
Calabasas, CA 91302-2020

D. Brian McKerchar
16 Jewett's Court
Markham, ON  L3S 2W2

Dalrymple
50535 E. 144th Avenue
Bennett, CO 80102-9404

Darwin
3365 E. Gate Drive
Cumming, GA 30041-1123

Uhlig C. David
201 North Mill Street
Suite 203
Aspen, CO 81611-1557

David M.Joseph
2260 Island Cove Circle
Naples, FL  34109-0341

David W. and Valerie R. McClung
45 West Road
Rye, NH  03870-2534

Davis, Graham & Stubbs, LLP
Suite 500
1550 Seventeenth Street
Denver, CO  80202-1500
Attn: Duane Stutzman, CFO

Holly L. Decker
2 Inverness Drive East
Ste. 105
Englewood, CO 80112-5508

Decosmo
215 Jack Nicklaus Drive
Austin, TX 78738-1705

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203-4500

Denver Agency Company
410 17th Street, #1650
Attn: Chip McKeever
Denver, CO 80202-4452

Depizzol
3 Brookhaven Trail
Columbine Valley, CO 80123-6686

Diffey
1111 Sherbrook Drive
West Chester, PA  19382-8068

Digital Rez Software
P.O. Box 489
Sicamous, BC  VOE2VO

Diner
3105 Cherryridge Road, Cherry Hills Vill
14106 East Hampden Place
Denver, CO 80014-4196

DirecTV
P.O. Box 78626
Phoenix, AZ  85062-8626

Dix, Jennie M.
2199 Auina Place
dba Running Errands on Maui
Kihei, HI 96753-8567

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

Downtown Market Center
C/O Theodore Brin
1601 Blake St., Suite 305
Denver, CO 80202-1329

Downtown Market Center
P.O. Box 13797
Denver, CO 80201-3797

Downtown Market Center Operating
P.O. Box 13797
c/o Frederick Ross Company
Denver, CO 80201-3797

Downtown Market Center Operating LLC
c/o The Law Offices of Theodore W. Brin
1601 Blake Street, Suite 305
Denver, Colorado 80202-1329

Doyle
5721 South Jasmine Street
Greenwood Village, CO 80111-1524

Dragul, Kristy
3511 Moore Court
Wheat Ridge, CO 80033-5545

Drake
3023 Mandale Road
Friendswood, TX 77546-6185

| | | |
|---|---|---|
| Drey<br>2530 Raleigh Street<br>Denver, CO 80212-1215 | Dunbar<br>477 30th Street<br>Manhattan Beach, CA 90266-2076 | Dunlap<br>12 Medlar<br>Irvine, CA 92618-3947 |
| Durr, Douglas B.<br>4320 Kenilwood Drive<br>dba Nashville Space Center<br>Nashville, TN 37204-4401 | EMC Payment Processing<br>P.O. Box 660530<br>Dallas, TX 75266 | Eagle<br>2955 Silver Oak Trail<br>Marion, IA 52302-9225 |
| Eagleridge Town Home Association<br>P.O. Box 772995<br>Steamboat Springs, CO 80477-2995 | Eddy<br>Suite 2350 South<br>600 17th Street<br>Denver, CO 80202-5402 | Edwards<br>Suite 400<br>5429 LBJ Freeway<br>Dallas, TX 75240-2611 |
| Eilers III<br>502 Indigo Lane<br>Georgetown, TX 78628-6924 | Eisenstein<br>P.O. Box 1321 / 101 SW Washington St.<br>Hillsboro, OR 97123-1321 | Ekstein<br>146 Central Park West<br>New York City, NY 10023-6297 |
| Eldorado Artesian Springs, Inc.<br>P.O. Box 172526<br>Denver, CO 80217-2526 | Ell<br>Austin, TX 78734 | Ellis B. Rowe<br>2218 Alicia Lane<br>Atlantic Beach, FL 32233-5974 |
| Embarq<br>P.O. Box 96064<br>Charlotte, NC 28296-0064 | Engle<br>2955 Silver Oak Trail<br>Marion, IA 52302-9225 | Eshman<br>5851 Woodthrush Lane<br>West Chester, OH 45069-5927 |
| Evans<br>5 Wild Turkey Lane<br>Littleton, CO 80127-5705 | Exceptional Services, LLC<br>P.O. Box 611677<br>Rosemary Beach, FL 32461-1005 | Farnsworth/Nelson<br>1651 Stardance Circle<br>Longmont, CO 80504-8812 |
| Farnum<br>16933 SW Cobblestone Drive<br>Sherwood, OR 97140-8203 | Farrell<br>416 E. 58th Street<br>Westmont, IL 60559-3367 | Fazio<br>4770 Regents Walk<br>Excelsior, MN 55331-9209 |
| Fazzini<br>400 Meshanticut Valley Pkwy #6<br>Cranston, RI 02920-5660 | Fed Ex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Steven M. Feder<br>730 17th St.<br>Ste. 550<br>Denver, CO 80202-3539 |
| Ferrellgas<br>P.O. Box 173940<br>Denver, CO 80217-3940 | Ferrellgas One Liberty Plaza<br>Liberty, MO 64068 | First Franklin Loan Services<br>P.O. Box 660598<br>Dallas, TX 75266-0598 |

First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL  60666-0468

Flanery
3 Lantana
Littleton, CO 80127-4349

Flood
7953 Sitio Vaquero
Carlsbad, CA 92009-9524

Foley
6 Twighlight Drive
Wheat Ridge, CO 80215-6623

Folsom Point, LLC
Suite 100
4450 Arapahoe Road
Boulder, CO 80303-9102

Foltz
7845 East 7th
Denver, CO 80230-6107

Fowler
5301 South Birch Court
Greenwood Village, CO 80121-3911

Front Desk Resort Management, Inc.
P.O. Box 9423
Mammoth Lakes, CA 93546-9423

Fulkerson
3257 Barrington Dr
Harrisonburg, VA 22801-9302

Furst
3900 Walden Road
Deephaven Road, MN 55391-3543

G. Lawrence Fox & mary Bryce Fox
3841 S. Birmingham Place
Tulsa, OK 74105-8232

GMAC Mortgage
P.O. Box 79135
Phoenix, AZ  85062-9135

GSL Group
home: 9326 E Evans Pl. 80231
4155 E Jewell Ave #906
Denver, CO 80222-4513

Gage
SEND KEYS TO WORK
8121 East Coronado Road
Tucson, AZ 85750-9626

Gaitan
Cuesta 36, Col. Jardines del Pedregal
Mexico City,     04500

Gallagher
home: 9326 E Evans Pl. 80231
4155 E Jewell Ave #906
Denver, CO 80222-4513

Gallegos
711 Halfmoon Drive
Castle Rock, CO 80104-9601

Galloway
9626 Blue Bonnet Court
Colorado Springs, CO 80920-3032

Garcia
19245 Natures View Court
Boca Raton, FL 33498-6221

Geller
3957 Barbados Avenue
Cooper City, FL 33026-4658

Gertz
560 Seagull Beach Road
Prince Frederick, MD 20678-3020

Giarratano
Suite 1200
1873 South Bellaire Street
Denver, CO 80222-4388

Givin & Susan Mattingly
1512 Larimer Street, #30
Denver, CO 80202-1613

Glenn
14525 West 56th Drive
Arvada, CO 80002-1172

Glover
803 W. Brow Road
Lookout Mountain, TN 37350-1019

Gober
3397 East Easter Place
Centennial, CO 80122-1910

Goldman
1108 Krist
Houston, TX  77055-7522

Good
16 Heritage Farm Drive
New Freedom, PA 17349-9313

Goodhue
8655 Arabian Run
Franktown, CO 80116-8571

Gossen
428 Morning Canyon Road
Corona Del Mar, CA 92625-2612

Green
9947 Blackbird Circle
Highlands Ranch, CO  80130-3869

GreenPoint Mortgage
P.O. Box 79363
City of Industry, CA  91716-9363

GreenPoint Mortgage Funding, Inc.
P.O. Box 1093
Branford, CT  06405-8093

Gregory S. Papay
231 West Agarita
San Antonio, TX 78212-2928

Griffin
31341 Adres Pico Road
San Juan Capistrano, CA  92675-2665

Guerrero
55 Winthrop Drive
Riverside, CT  06878-1911

Gulf Coast Babar Investments LLC
3361 Edgewater Drive
Gulf Breeze, FL 32563-3309

Gulf Power
P.O. Box 830660
Birmingham, AL  35283-0660

Gustafson
#218
3601 Arapahoe Road
Boulder, CO 80303-1575

Gyetvan
20425 Lockridge Drive
Colorado Springs, CO 80908-2333

HCC Financial, LLC
c/o Rodney C. Atherton, Ergo Law
1700 17th Street, 2000
Denver, CO 80218-1668

Haber
14095 Seabiscuit
Alpharetta, GA 30004-7570

Hager
LIZ: 25260 Montane Drive West, Golden804
23922 Caldwell Court
Evergreen, CO  80439-5502

Halogen Guides
3rd Floor
625 Second Street
San Francisco, CA 94107-4012

Hamburg
204 Wood Spring Road
Gwynedd Valley, PA  19437

Hanna
5010 Tangle Lane
Houston, TX 77056-2114

Hansen
11187 Ball Road
Grass Valley, CA 95949-6712

Hansen
9950 Lee Drive
11305 Hawk High Ct
Eden Prairie, MN 55347-4747

Hardy Moving & Storage
P.O. Box 260
Point Harbor, NC 27964-0260

Hargray
P.O. Box 2000
Hilton Head Island, SC  29938-2000

Theodore J. Hartl
600 17th St.
Suite 1800 South
Denver, CO 80202-5402

Hawaii Electric Light Company
P.O. Box 909
Honolulu, HI  96808-0909

Hawaiian Telcom
P.O. Box 30770
Honolulu, HI  96820-0770

Hawaiiana Management Co., LTD.
P.O. Box 30290
Lockbox 3290
Honolulu, HI 96801-3290

Hayden
SEND KEYS TO WORK
8121 East Coronado Road
Tucson, AZ 85750-9626

Hayes
2303 - 311 6th Avenue N
Saskatoon, SK  S7K 7A9

Hays
2495 Canyon Creek Rd
Escondido, CA 92025-7463

Helium Report
Third Floor
625 Second Street
San Francisco, CA 94107-4012

Helke
718 N. 161st
Omaha, NE 68118-2214

Hennig
8861 Burlcrest Drive
Huntington Beach, CA 92646-4619

Henry
3783 South Hudson Street
Denver, CO 80237-1048

Hickox
P.O. Box 2232, 80437
29371 Paint Brush Circle
Evergreen, CO 80437-2232

Hickox, Amy & Brian
C/O Graft Thomson & Campbell
7430 E. Caley Ave., Suite 300
Englewood, CO 80111-6718

Hickox, Brian & Amy
P.O. Box 2232
Evergreen, CO 80437-2232

Hickox2
P.O. Box 2232
Evergreen, CO 80437-2232

High Country Club Investments, LLC
1350 17th St., Suite 300
Denver, CO 80202-1525

High Country Club, LLC
700 Colorado Blvd., Suite 330
Denver, CO 80206-4084

High Country Club, LLC
PO Box 880165
Steamboat Springs, CO 80488-0165

Hilton Head Exterminators, Inc.
37 Hunter Road
Hilton Head Island, SC 29926-3715

Hobson
460 Captains Cir, Destin FL 32541
1018 Carriage Parc
Chattanooga, TN 37421-7153

Hogan Family Ltd Pship
1 Paradise Park Road
Jacksonville, AR 72076-2365

Hohman
P.O. Box 474
Spring Lake, MI 49456-0474

Holness
6817 Cowan Canyon Circle
Orange, CA 92869-4307

Holy Cross Energy
P.O. Box 2150
Glenwood Springs, CO 81602-2150

Huang
27-28 Thomson Ave #717
Long Island City, NY 11101-2943

Hubbard
23390 SW Newland Road
Wilsonville, OR 97070-6701

Humbert
7622 E Via Montoya
Scottsdale, AZ 85255-4851

Hurd
13755 Shiloh Drive
Conifer, CO 80433-5108

Hutchinson
7511 Kings Mtn Road
Vestavia Hills, AL 35242-2589

IP
5013 Kelsey Terrace
Edina, MN 55436-2717

Imperial Irrigation District
333 East Barioni Blvd.
P.O Box 937
Imperial, CA 92251-0937

Indymac Bank
P.O. Box 78826
Home Loan Servicing
Phoenix, AZ 85062-8826

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

International Destination Management,
Suite 1501
1250 Humboldt Street
Denver, CO 80218-2466

Iron Mountain
P.O. Box 615004
Dallas, TX 75391-5004

Jack Liaw
2718 Blakeman Ave
Rowland Heights, CA 91748-4807

Jackson
7205 Cross Country Road
Verona, WI 53593-9708

James Aganos Real Estate Appraiser, LLC
P.O. Box 1442
Walluku, HI 96793-6442

James C. Seabury, III-Enterprise Electric, L
1300 Fort Negley Blvd.
Nashville, TN 37203-4854

James and Deborah Vacek
5225 Caminito Exquisito
San Diego, CA 92130-2805

Jan Beresford
Maria R. Massaro
1313 Carlyle Park Cir.
Highlands Ranch, CO 80129-6974

Jason Bindra
195 N. Harbor Drive
Unit 1608
Chicago, IL 60601-7529

Jessop & Company, P.C.
Suite 930
303 E. 17th Avenue
Denver, CO 80203-1262

John and Alana McNulty
1035 Klish Way
Del Mar, CA 92014-2631

Johnson
11 Baymont Street #1006
Clearwater Beach, FL 33767-1720

Johnston
6480 Sargasso Way
Jupiter, FL 33458-1809

Johnston, Leo & Rhonda
9106 Avocet Ct
Chesterfield, VA 23838-8943

Jon Perpich
5757 Echo Point Road
Tower, MN 55790-8356

Jones
3506 Tangley
Houston, TX 77005-2250

Jones, Michael
8945 Katherine Court
Boulder, CO 80303-1675

Jose Luis Santillan
30297 Las Flores Way
Thousand Pines, CA 92276-3058

Kanji
4222 West Thorndale
Chicago, IL 60646-6000

Kanji, Shabbir
4222 West Thorndale
Chicago, IL 60646-6000

Kaprielian
5928 South Nome
Englewood, CO 80111-5834

Karim
19 Victoria Circle
Newton, MA 02459-1016

Karl
1936 Larson Court
Erie, CO 80516-7578

Kemp
10563 E. Laurel Lane
Scottsdale, AZ 85259-2944

Kemper
5801 River Pl Blvd
Austin, TX 78730-1130

Kennedy
7 Glenwood Road
Plainview, NY 11803-1124

Keystone Neighbourhood Company
Suite F4
140 Ida Belle Drive
Keystone, CO 80435-7780

Keystone Neighbourhood Company
c/o Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203-4500

Keystone Resort
K99
P.O. Box 38
Keystone, CO 80435-0038

Kilaru
1310 Colt Circle
Castle Rock, CO 80109-9601

Kim
300 3rd Street, #1401
San Francisco, CA 94107-1258

Kirschner, Christian
700 Colorado Blvd., Suite 130
Denver, CO 80206-4084

Kirschner, Heath
1125 Harrison Street
Denver, CO 80206-3518

Kling, Clifton & Heather
246 Lake Circle
Madison, MS 39110-6303

Kling, Clifton & Heather
C/O Greggory M. Johnston
PO Box 1691
Madison, MS 39130-1691

Koch
13725 Bayberry Drive
Broomfield, CO 80020-6164

Koenig
9748 S. Johnson Way
Littleton, CO 80127-8583

Koepke
1150 Dry Creek Road
Sedona, AZ 86336-3006

Koepke (2)
1150 Dry Creek Road
Sedona, AZ 86336-3006

Kona Clean Sweep
PMB# 440
74-5533 Luhia St., S# B-1A
Kailua Kona, HI 96740-3643

Krippner
448 Lexington Circle
Oceanside, CA 92057-7351

Krischner, Christian
700 Colorado Blvd., Suite 330
Denver, CO 80206-4084

Krivacek, Paul and Colleen
183 Carter Field Road
North Andover, MA 01845-1144

Kruszenski
50 Timber Ridge Drive
Chagrin Falls, OH 44022-2796

Kucyj
4769 Pier Drive
Troy, MI 48098-4178

Kudo
#401
2210 Blake St.
Denver, CO 80205-2040

Kuzma
20370 Lockridge Drive
Colorado Springs, CO 80908-2332

La Costa Resort Villas HOA II
P.O. Box 25400
First Bank
Santa Ana, CA 92799-5400

LaFrenz
14420 51st Avenue N
Plymouth, MN 55446-3486

Laczkowski
1 Kingsgate Ct
Dallas, TX 75225-2018

Lakota Owners Association
P.O. Box 27
Winter Park, CO 80482-0027

Lakota Owners Association, Inc.
c/o Allegiant Management LLC
PO Box 66
Winter Park, CO 80482-0066

Lam
30201 NE Stauffer Road
Camas, WA 98607-8969

Lamoreaux
1237 Adrian Drive
Chaska, MN 55318-1513

Langdon
54 East Fairchild Place
Whippany, NJ 07981-2078

LeBlond
6812 Wunderly Ct
Louisville, KY 40291-2463

Lechiara
234 Players Club Ct
Commerical Point, OH 43116-9700

Lee, Samuel
3127 Trenholm Drive
Oakland, VA 22124-1329

Lawrence B. Leff
1660 Lincoln St.
Ste. 1550
Denver, CO 80264-1502

Leichliter
5 Temple Road
Wellesley, MA 02482-7009

Lewis
8625 Portico Lane
Longmont, CO 80503-9396

Harrie F. Lewis
600 17th St.
Ste. 1800-S
Denver, CO 80202-5441

Lewis (2)
8625 Portico Lane
Longmont, CO 80503-9396

Lewis, Chuck
132 Birnam Wood Court
Austin, TX 78746-4500

Lindseth
2907 Setting Sun Drive
Corona Del Mar, CA 92625-1521

Linskey
234 Warrenton Drive
Houston, TX 77024-6226

Livingstone
7022 Ruidoso Drive
Windsor, CO 80550-7062

Lowery
9991 East Progress Circle
Greenwood Village, CO 80111-3673

Lowery, Elaine
9991 East Progress Circle
Greenwood Village, CO 80111-3673

Lowery, N Elaine
C/O Steven Feder
730 17th St., Suit E550
Denver, CO 80202-3580

LuxuryLink LLC
Suite 410
5200 West Century Blvd.
Los Angeles, CA 90045-5988

M.A. Williams
1746 Locust
Denver, CO 80220-1632

MacLennan
450 S Country Rd 133, Bennett
P.O. Box 543
Bennett, CO 80102-0543

MacLennan, Rod
450 North CO Road 133
Bennett, CO 80102-8607

MacLeod
3063 Copeland Lane
Oakton, VA 22124-2556

Mackay
330 N Ithan Ave
Bryn Mawr, PA 19010-1623

Malcolm & Matuschka Briggs
10432 Capitol Place
Frontenac, MO  63131-2803

Mannix, Scott
7465 S. Jackson Gap Way
Aurora, CO 80016-2452

Mantz
9 Mesier Avenue South
Wappingers Fall, NY 12590-2704

Maria R. Massaro
1313 Carlyle Park Cir.
Highlands Ranch, CO 80129-6974

Mark Vandergrift
7758 Stonehaven Dr. SE
Ada, MI 49301-9378

Marks
905 St. Andrews Lane
Louiseville, CO 80027-9587

Martin
2822 Wabash Street
Denver, CO 80238-2532

Maui Electric Co, LTD
P.O. Box 1670
Honolulu, HI  96806-1670

Maui Gas Service
1644 Mill Street
Wailuku, HI  96793-1944

Mayers
160 Blackland Drive
Atlanta, GA 30342-4404

McCallister, Bob
455 Sherman
Denver, CO 80203-4400

McCarthy
#431
12100 W. 136th Street
Overland Park, KS 66221-7580

McDowell
Suite 204
2465 Central Avenue
Boulder, CO 80301-5728

McGill
6328 Violet Court
Golden, CO 80403-7409

McKinney
657 29th Street
Manhattan Beach, CA 90266-2232

McManus
482 West Spruce Street
Louisville, CO 80027-2208

Medeiros (Kirsten & Matthew)
5321 South Marshall Street
Littleton, CO 80123-0600

Merchants Office Furniture
2261 North Broadway
Denver, CO 80205-2535

Merchants Office Furniture
2261 South Broadway
Denver, CO 80210-4459

Metrolist
P.O. Box 4875
Englewood, CO  80155-4875

Meyers
1109 Mapleton Avenue
Boulder, CO 80304-4152

Meyers, Craig
57 Vernal Springs
Irvine, CA 92603-0404

Michalski
1361 Washburn Street
Erie, CO 80516-6985

Mill Club Homeowners Assoc., Inc.
c/o Helmer & McElyea LLC
P.O. Box 868
Frisco, CO 80443-0868

Miller
10121 Crooked Stick Trail
Lone Tree, CO 80124-8509

Miller
35 Vernon
Newport Coast, CA 92657-0102

Miller (Julie)
1329 Pherigo Street
Mt. Pleasant, SC 29464-4418

Milliken
1970 Kitty Hawk Drive
Xenia, OH 45385-5371

Moffet (TIGA Advertising)
1655 Aspen Ridge Road
Vail, CO 81657-4987

Monson, Eric
303 Graham Road
Cordillera, CO 81632-6183

Moriarty
853 Swandyke Drive
Castle Rock, CO 80108-9079

Morrill, John E.
1584 Bierstadt Court
Evergreen, CO 80439-9751

Morris, Charles
1311 Omaopio Road
Kula, HI 96790-8847

Morse
242 Terra Cotta
Irvine, CA 92603-0605

Moss
109 Haddington Lane
McKinney, TX 75071-4633

Mostrom, Terry Duane
1210 Grant Street
Evanston, IL 60201-2615

Moulton, R. Glyn
Unit J
180 NE 6th Ave
Delray Beach, FL 33483-5470

Mountain Management Group, LLC
P.O. Box 2630
Edwards, CO 81632-2630

Mountain Parks Electric, Inc.
P.O. Box 170
Granby, CO 80446-0170

Moy
2100 Creekside Drive
Longmont, CO 80504-7336

Mulkey
420 S. Bentley Ave
Los Angeles, CA 90049-3513

Mullee
5781 Cape Harbour Drive #607
Cape Coral, FL 33914-8612

NBC Financial Services
P.O. Box 100558
Pasadena, CA 91189-0003

NOP 1331 17th LLC - Parking
P.O. Box 841181
Dallas, TX 75284-1181

Nally, Nancy
171 Virginia Street
Portland, ME 04103-3943

Nashville Space Center
4320 Kenilwood Drive
Nashville, TN 37204-4401

Nebrina Technologies LLC
1539 Milwaukee St. #3
Denver, CO 80206-1608

Nebrina Technologies LLC
2854 Nebrina Place
Boulder, CO 80301-1517

Neighborhood Home Buyers LLC
P.O. Box 609
Point Clear, AL 36564-0609

Nelson
7348 Erin Court
Niwot, CO 80503-6490

Neville
518 Hudson Street
Denver, CO 80220-5242

Newcomb/Leslie
10402 Boca Canyon Drive
Santa Ana, CA 92705-2550

Newell
4263 Kellwood Drive
Castle Rock, CO 80109-7974

Nguyen
19839 Charters Ave.
Saratoga, CA  95070-4409

Nicholson
13707 Pristine Lake Lane
Cypress, TX  77429-6011

Nigam, Alok C.
1448 Carrington Ridge Lane
Vienna, VA 22182-1754

Nikko Lindley
1400 W. View Drive
Berkley, CA 94705-1655

Nixdorff
5 Davis Brook Drive
Natick, MA 01760-5460

Nossaman
5845 Amber Ridge Drive
Castle Rock, CO 80108-9424

O'Brien
1518 Linda Visa Avenue
Pasadena, CA 91103-1953

O'Dea
106 Palazza Alto
Austin, TX 78734-2664

OMNI Hotels
1500 Masters Boulevard
Champions Gate, FL 33896-5312

Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI  96820-0050

Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL  60197-6440

Ogletree, Deaksins, Nash, Smoak & Stewa
Attn: Marsha Phillips
167 Greenville, Sc 29602
Greenville, SC 29602

Oleson
49520 Rancho La Merced
La Quinta, CA 92253-8425

Oliver, Lissette
68-1025 North Kaniku Dr. #103
Kamuela, HI 96743-8778

Olona & Associates
Suite 130
7472 S. Shaffer Lane
Littleton, CO 80127-7406

Olson
9235 South Cedar Hill Way
Lone Tree, CO 80124-5403

Omni Hotels Management Corporation
Attn: Barbara Lacy
600 East Las Colinas Blvd., Ste. 1900
Irving, TX 75039-5626

Christian C. Onsager
1873 S. Bellaire St.
Ste. 1401
Denver, CO 80222-4359

Orkin Pest Control
715 4th Ave.
Grand Junction, CO  81501-3803

Orlando
#214 Penthouse
Malecon Cisneros
Miraflores,     Peru

Orlich & Sulger
1021 Las Alturas Road
Santa Barbara Road, CA 93103-1659

Ouf
c/o Hazem Ouf
254 Adams, Denver 80206
10 Dianne Court
Lafayette, CA  94549-5101

Outrigger Hotels Hawaii
3200 Wailea Alanui
Kihei, HI 96753-7754

Overland, Keith
46 Breeds Hill Place
Wilton, CT 06897-1538

Owl Meadows Homeowners Assoc.
P.O. Box 1007
240 South Mahoney, #17
Telluride, CO 81435-1007

PGA West Fairways HOA
P.O. Box 501280
San Diego, CA  92150-1280

Padgett
2840 Stonecrest Point
Highlands Ranch, CO 80129-1515

Palmetto Electric Cooperative, Inc.
P.O. Box 820
Ridgeland, SC 29936-0820

Palms At Wailea-1
P.O. Box 30470
c/o Destination Maui, Inc.
Honolulu, HI 96820

Paramount Destinations
520-A Old Stoney Road
Corolla, NC 27927-2215

Parduhn
14505 Glenmark Drive
Edmond, OK 73013-1877

Pascuzzi
Suite 400
5429 LBJ Freeway
Dallas, TX 75240-2611

Patduction
P.O. Box 1866
Kihei, HI 96753-1866

Patricia A. and Gloria N. Helke
718 N. 161st St.
Omaha, NE 68118-2214

Pattyn, Cynthia K. & Martin P.
24 Hawthorne Lane
Irwin, PA  15642-5703

Payton
1847 Vassar Drive
Naperville, IL 60565-9261

Peak Appraisal Service, Inc.
298 Meadow Lane
Glenwood Springs, CO  81601-9516

Pedagna
1 Michele Drive
Media, PA  19063-1029

Perkins
2871 West Greensborough Drive
Highlands Ranch, CO 80129-1556

Peterman
5697 McIntyre Street
Golden, CO 80403-7401

Peters
1631 Waneka Lake Trail
Lafayette, CO 80026-1273

Pitney Bowes
P.O. Box 856042
Louisville, KY  40285-6042

Preferred Printing, LLC
2960 Valmont Road
Boulder, CO 80301-1312

Premier Residential Services
P.O. Box 13250
Palm Desert, CA  92255-3250

Progress Energy
P.O. Box 33199
St. Petersburg, FL 33733-8199

Pryor
705 E. Lakeshore Drive
Ococe, FL  34761-2812

Pyrofax Energy
512 Brooklyn Street
Morrisville, VT 05661-8512

Questar Gas
P.O. Box 45841
Salt Lake City, UT  84139-0001

Questar Gas Company
Bankruptcy DNR 244
1140 W. 200 South
P.O. Box 3194
Salt Lake, UT  84110-3194

Quiet Pines
40 Cove Blvd, Unit B1
P.O. Box 2818
Dillon, CO  80435-2818

Thomas F. Quinn
1600 Broadway
Ste. 1675
Denver, CO 80202-4936

Thomas F. Quinn
1600 Broadway
Ste. 2350
Denver, CO 80202-4921

Qwest
P.O. Box 173384
Denver, CO  80217-3384

Qwest
P.O. Box 173638
Denver, CO  80217-3638

Qwest
P.O. Box 29040
Phoenix, AZ  85038-9040

Qwest Corporation
1801 California St Rm 900
Attn: Jane Frey
Denver CO 80202-2609

RSM McGladrey
555 17th Street, Suite 1000
Denver, CO 80202-3910

Ramani
435 N. Bruner Street
Hinsdale, IL 60521-3028

Rapavy
702 Ware Street SW
Vienna, VA  22180-6350

Razavi Global Media
P.O. Box 749
Venice, CA 90294-0749

Real Marketing Tools, LLC
520 S. French Street
P.O. Box 2159
Breckenridge, CO 80424-2159

Red Hawk Townhomes Condominium Association,
c/o Bradford E. Dempsey
1700 Lincoln St.
Denver, CO 80203-4500

Reddy
3362 Carpenter Court
Garnet Valley, PA 19060-1723

Reed
7627 Maryland Avenue
Clayton, MO 63105-3803

Reichers
8547 Waterford Way
Niwot, CO 80503-7613

Rentals Your Way
5363 Fossil Butte Drive
Colorado Springs, CO 80923-9505

Reuer
4837 Westridge Drive
Fort Collins, CO  80526-6508

Revenig, Steve
8792 East Fremont Circle
Centennial, CO  80112-1903

Rhin Associates, Inc.
One Quincy Lane
dba Admiral Pool Service
Hilton Head Island, SC 29928-4839

Richard N. Lane
2813 Easton Drive
Hillsborough, CA 94010-6009

Richard T. Lofaso and Loretta L. Lofaso
25341 Spindlewood
Laguna Niguel, CA 92677-1974

Richards
32 Willowleaf Drive
Littleton, CO 80127-4378

Rickard, Robert & Lauren
329 Indianatown Road
Landenberg, PA  19350-1009

Rob Furst
c/o Alternative Startegy Advisers, LLC
Suite 610
601 Carlson Parkway
Minnetonka, MN 55305-5215

Robert Kyle Moss
109 Haddington Ln.
McKinney, TX 75071-4633

Robert P. Wilson, Trustee
The Robert P. Wilson revocable trust
418 Shadow Creek Lane
Manakin Sabot, VA 23103-2537

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Rodney L. Johnson
3671 Avocado Drive
Largo, FL 33770-4502

Romanowski
390 Hampton Road
Piedmont, CA 94611-3526

Rothenberger
1720 Williamsburg Place
Pittsburgh, PA 15235-4948

Rothstein
5441 Illini Way
Boulder, CO 80303-4211

Rowe
2218 Alicia Lane
Atlantic Beach, FL 32233-5974

Roy
32069 Lobo Canyon Road
Agoura, CA 91301-3422

Royer
4806 N. 193rd Avenue Circle
Elkhorn, NE 68022-5227

Royer, J
Unit # 187
3052 North Snow Canyon Parkway
St. George, UT 84770-6364

Ruano
P.O. Box 19134
San Juan, PR  00910-1134

Ruben Leon
300 Carlsbad Village Dr. #108A
dba Spectrum Data
Carlsbad, CA 92008-2990

Rudzinski
3361 Edgewater Drive
Gulf Breeze, FL 32563-3309

Ryan and Rebecca Browning
5650 Swiss Avenue
Dallas, TX 75214-4635

Salas
24040 SE Black Nugget Road
Issaquah, WA 98029-7616

Salomon
1665 Summitridge Drive
Beverly Hills, CA 90210-1605

Salvador
19833 Red Roan Lane
Yorba Linda, CA 92886-7928

Sam Bailey
A-304
13950 E. Oxford Pl.
Aurora, CO 80014-5156

Sam Properties
11709 Slatestone Court
Potomac, MD 20854-2099

Samuel Wang
10110 Stoneglen Trail
Lone Tree, CO  80124-9776

San Miguel Power
P.O. Box 1150
Ridgway, CO 81432-1150

Sanders
2250 Juniper Court
Golden, CO 80401-9107

Sarowdin Partners, LLC
801 Vine Street
Denver, CO 80206-3741

Scherer
2583 NW 23rd Way
Boca Raton, FL  33431-4011

Schlesinger
8984 Lakeview Drive
Olmsted Falls, OH 44138-3709

Schlier
9607 Symphony Meadow Lane
Vienna, VA 22182-4421

Schmidt
5116 Pine River Trail
Castle Rock, CO 80108-8839

Schoeneck
4748 Plummer Court
San Diego, CA 92130-1338

Schoenholz
75 Leeshore Lane
Tiverton, RI 02878-4269

Scholtz
2842 Shoshone Trail
Lafayette, CO 80026-3339

Schuhmacher, Matthew S.
P.O. Box 881771
dba Home Concierge Services
Steamboat Springs, CO 80488-1771

Schultz
19 Crowne Pond Lane
Wilton, CT 06897-3029

Scott
357 Creek Bend Drive
Aledo, TX 76008-2749

Scott Breland
P.O. Box 6240
Dillon, CO 80435-6240

Scott, Michelle
945 S. Steele Street
Denver, CO 80209-5130

Seabury, III
under Enterprise in ACT
1300 Fort Negley Blvd
Nashville, TN 37203-4854

Segal
Apartment 7B
325 East 79th Street
New York City, NY  10021

Sekhar
One Conestoga Lane
Mechanicsburg, PA 17050-8214

Send Keys to Work
Mark Hayden and Rick Gage
8121 E. Coronado Road
Tucson, AZ  85750-9626

Sereda
PO Box 4490
Houston, TX 77210-4490

Serell
3711 Bald Eagle Lane
Fort Collins, CO 80528-8965

Shaffer, Teresa
P.O. Box 414
dba THK Cleaning Services
Puunene, HI  96784-0414

Shaw
18930 33rd Avenue N.
Plymouth, MN  55447-1078

Shawn Slywka
3406 Springbranch Drive
Richardson, TX 75082-2437

Shepherd
1601 Warwick Lane
Newport Beach, CA 92660-4831

Sherpa Report, LLC
117 Prospect Street
Newton, MA 02465-2312

Sherwood 1600 Associates
Suite 1707
745 Fifth Avenue
New York, NY 10151-1700

Sievers/Cecile
1140 Forest Trails Drive
Castle Rock, CO 80108-8279

Simba Computing Solutions
6672 Kari Ct.
Colorado Springs, CO 80915-4389

Simmons
17237 NE 119th Court
Redmond, WA 98052-1614

Simon W. (Trey) Hendershot, III
Kerr & Hendershot, P.C.
1800 Bering Drive
Suite 600
Houston, TX 77057-3352

Simon/Betker
942 Gilia Drive
Golden, CO 80401-9229

Sims & Drucker
2494 Canyon Creek Road
Escondido, CA 92025-7463

Smith, David
1321 Briar Grove
Keller, TX 76248-0274

Smith, Ingrid
17900 S. Crestline Drive
Lake Oswego, OR 97034-6217

Smith, Terry
5051 South Emporia Street
Greenwood Village, CO 80111-3611

Soberman
31211 Avenida Terramar
San Juan Capistrano, CA 92675-6317

Sorenson
#2105
100 Third Avenue South
Minneapolis, MN 55401-2717

SourceGas
P.O. Box 660474
Dallas, TX 75266-0474

Southern California Edison Company
P.O. Box 600
Rosemead, CA 91771-0001

Specialized Loan Servicing, LLC
P.O. Box 105219
Atlanta, GA 30348-5219

Spyrka
12305 Arbor Park Place
Bakersfield, CA 93311-9297

Stavros
9060 Woodridge Drive
Davison, MI 48423-8373

Stettler
6028 Scotmist Drive
Rancho Palos Verdes, CA 90275-3349

Steve Safigan
15 Mimosa Dr.
Rome, GA 30161-3931

Stock, Chris
Unit E
3026 West Prentice Avenue
Littleton, CO 80123-7785

Stonehaven at Breckenridge
P.O. Box 5583
Golf Club Association, Inc.
Breckenridge, CO 80424-5583

Stonehaven at Breckenridge Golf Club
c/o Paige B. Beville, Treasurer
Stonehaven HOA
6210 E. Flatiron Loop
Apache Junction, AZ 85118-1871

Stork
4451 91st Avenue, NE
Yarrow Point, WA 98004-1221

Stoweflake Mountain Resort & Spa
P.O. Box 369
Stowe, VT 05672-0369

Strahley
5003 Oak Tree Court
Ann Arbor, MI 48108-8573

Strainer/Whatmough
c/o Michael T. Strainer
23054 NE 130th St.,
Redmond, WA 98053-5650

Strauser
175 Berwick Road
Lake Oswego, OR 97034-2847

Stringer
Suite 400
5429 LBJ Freeway
Dallas, TX 75240-2611

Suedcamp
41 Inverness Drive East
Englewood, CO 80112-5412

Summit Pool & Spa
P.O. Box 3115
Breckenridge, CO 80424-3115

Susan and Sean Truman
767 Linwood Ave.
St. Paul, MN  55105-3323

Suzi Howard
Assistant Controller
PO Box 5008
300 Carriage Way
Snowmass Village, CO 81615-5008

Swisher
1210 Bruton Springs Road
Austin, TX 78733-1827

Tahoe Mountain Resorts Lodging, LLC
P.O. Box 838
Truckee, CA 96160-0838

Taylor
3000 Seneca Chief Trail
Ellicott City, MD 21042-1418

Tenzer
4081 St. Petersburg Street
Boulder, CO 80301-6027

Terracehouse Condominium Association
P.O. Box 5409
Snowmass Village, CO 81615-5409

The Club at La Costa
2100 Costa Del Mar Road
Carlsbad, CA 92009-6823

The Gas Company
P.O. Box C
Monterey Park, CA 91756-0001

The Lofts West
P.O. Box 611632
Rosemary Beach, FL 32461-1005

The Palms at Wailea AOAO
3200 Wailea Alanui Dr. #A
Wailea, HI 96753-7740

The Phoenix Club, LLC
c/o Thomas F. Quinn, Esq
1600 Broadway, Suite 2350
Denver, CO 80202-4921

The Rotenberg Companies, Inc.
c/o Fabyanske Westra Hart & Thomson, PA
Attn: Jeff Jones
800 LaSalle Ave., Suite 1900
Minneapolis, MN 55402-2037

The Settlers Creek Condominium Association,
c/o Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203-4500

The Sound Room
P.O. Box 5324
409 Main Street, Suite 107
Frisco, CO 80443-5324

The Village - Community Assoc.
P.O. Box 25396
First Bank Assoc. Services
Santa Ana, CA  92799-5396

The Village - Phase I
P.O. Box 25396
First Bank Association Service
Santa Ana, CA  92799-5396

The Village at Copper Association, Inc.
c/o Winzenburg, Leff, Purvis & Payne, LL
1660 Lincoln Street, Suite 1550
Denver, CO 80264-1502

Thomas
4872 4th Street
Boulder, CO 80304-0597

Thomas, Darren
6103 Huron Lane
Castle Rock, CO 80108-9486

Thoms
818 Breakwater Drive
Fort Collins, CO 80525-4886

Thomson
3507 Inverness Drive
Chevy Chase, MD 20815-5620

Time Warner Cable
P.O. Box 371808
Pittsburgh, PA  15250-7808

Time Warner Cable
P.O. Box 60506
City of Industry, CA  91716-0506

Time Warner Cable
P.O. Box 70992
Charlotte, NC  28272-0992

Time Warner Cable of NYC
P.O. Box 9227
Uniondale, NY  11555-9227

Tirone (2)
Suite 400
10780 Santa Monica Boulevard
Los Angeles, CA 90025-7616

Toderica
7705 Crestview Drive
Longmont, CO 80504-7300

Toran
405 Westminster Drive
Morganville, NJ 07751-4628

Town of Breckenridge
150 Ski Hill Road
Breckenridge, CO  80424


Town of Stowe Electric Department
P.O. Box 190
Stowe, VT  05672-0190

Town of Telluride
P.O. Box 1704
Telluride, CO 81435-1704

Tran
20130 Zimmerman Place
Saugus, CA 91390-3102


Trapper Mechanical
P.O. Box 3291
Eagle, CO  81631-3291

Turchet
5128 Wascana Vista Place
Regina, SK  S4V 2S3

Turner Morris, Inc.
5054 Marshall Street
Arvada, CO 80002-4627


Tychsen
5007 Bluestem Court
Fort Collins, CO  80525-3751

U.S. Appraisal
200 South Wacker Drive
Chicago, IL 60606-5829

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415


Ungvary
734 Rugby Road
Bryn Mawr, PA 19010-3833

United Products, Inc.
Unit# 3
379 Oyster Point Blvd.
South San Francisco, CA 94080-1961

Utilities, Inc.
P.O. Box 240908
Carolina Water Service of NC
Charlotte, NC  28224-0908


Vacation Home Services
P.O. Box 6741
Breckenridge, CO 80424-6741

Vail/Beaver Creek Resort
Dept. 177
Denver, CO  80291-0177

Valenzuela
286 Ft Washington Ave
New York, NY  10032-1315


ValleyCrest Landscape Maintenance
Ashley Wilson , Esq.
24151 Ventura Blvd.
Calabasas, CA 91302-1449

ValleyCrest Landscape Maintenance
P.O. Box 404083
Atlanta, GA  30384-4083

Vela
3504 Gardenia Drive
Arlington, TX 76016-3927


Vellone
6793 S. Yates Court
Littleton, CO 80128-6457

Patrick D. Vellone
1600 Stout St.
Suite 1100
Denver, CO 80202-3160

Vendor
Mail to Address Line 2
Mail to Address Line 1
Mail to City,    Mail to Zi


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA  18002-5505

Vicki & David Reavis
7860 E. Berry Place Ste 200
Greenwood Village, CO 80111-2303

Villa Petrischio-Artu
Via Del Petrischio, 25
Farneta (AR), Italy,


Villa Petrischio-Merlino
Via Del Petrischio, 25
Farneta (AR), Italy,

Village Property Management, Inc.
P.O. Box 5550
Snowmass Village, CO 81615-5550

Washburn
235 Leicester Road
Kenilworth, IL 60043-1244

Washington Mutual
P.O. Box 78148
Phoenix, AZ  85062-8148

Waste Management
P.O. Box 9001797
Southern Waste Services
Louisville, KY  40290-1797

Way
11325 Holidan Way
Houston, TX 77024-5306

Weber
13320 Swallowtail Drive
Bradenton, FL 34202-8241

Jeffrey A. Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Weinstock & Scavo, PC
c/o Thomas Bartolozzi
3405 Piedmont Road, N.E. Suite 300
Atlanta, GA 30305-1728

Wells Fargo Bank, N.A.
MAC S4101-08C
100 W. Washington St.
Phoenix, AZ 85003-1814

Wells Fargo Bank, N.A.
P.O. Box 54180
Los Angeles, CA  90054-0180

Wells Fargo Business Direct
P.O. Box 7487
Boise, ID 83707-1487

Wells Fargo Home Mortgage
P.O. Box 660455
Dallas, TX  75266-0455

Wells Fargo Merchant Serv.
Fox Rothschild LLP
2000 Market St.
10th Fl.
Philadelphia, PA 19103-3291

Weslar
265 Jackson Street
Denver, CO 80206-5524

Westfall
3069 S. Kittredge Park Rd
Evergreen, CO 80439-9221

Deanna* L. Westfall
999 18th Street
Ste. 2201
Denver, CO 80202-2402

Deanna* L. Westfall
Castle Meinhold & Stawiarski. LLC
999 18th Street
Suite 2201
Denver, CO 80202-2402

Whatmough, William and Helen
12451 North Cloud Crest Trail
Scottsdale, AZ 85268-6171

Whittemore
4320 Colony Hills Drive
Akron, OH 44333-1706

Williams
131 Hopewell Wertsville Road
Hopewell, NJ 08525-1107

Wilson
418 Shadow Creek Lane
Manakin Sabot, VA  23103-2537

Wilson C
4890 Oak Vista Drive
Carmichael, CA 95608-6259

Wilson, Jack
2025 Summerland Ave
Winter Park, FL 32789-1453

Winfield
436 Ogden Street
Denver, CO  80218-3814

Winter Park Water & Sanitation District
P.O. Box 7
Winter Park, CO 80482-0007

Wu
852 Pastureview Drive
Baton Rouge, LA  70810-4848

XCEL Energy
P.O. Box 9477
Minneapolis, MN  55484-9477

XO Communication Services, Inc.
14239 Collections Center Drive
Chicago, IL 60693-0142

XO Communications, Inc.
c/o Attn: Brad Lee
105 Molloy St., Ste 300
Nashville, TN 37201-2315

Yampa Valley Electric Assn., Inc.
P.O. Box 775267
Steamboat Springs, CO  80477-5267

Yee
73 Diamond Street
San Francisco, CA 94114-1933

Zerwekh, James D. and Shanon E.
4580 Foxtail Circle
Greenwood Village, CO 80121-3942

Ziegler
P.O. Box 20129/38100 Blue Tank Trail
Wickenbury, AZ 85358-5129

Zien
#408
928 Wright Ave
Mountain View, CA  94043-4658

Zoog
76 Grandview Circle
Brandon, MS 39047-7398


c/o Roger F. Friedman
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626-7681


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Atmos Energy
P.O. Box 79073
Phoenix, AZ  85062-9073

Dell Financial Services
P.O. Box 5292
Carol Stream, IL  60197-5292

Dominion North Carolina Power
P.O. Box 26543
Richmond, VA  23290-0001


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114

(d)Internal Revenue Service
Insolvency Unit
MS 5012 DEN, 1999 Broadway
Denver, CO  80202-3025

Rocky Mountain Power
1033 NE 6th Avenue
Portland, OR  97256-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Allegiant Management, LLC
P.O. Box 66
Winter Park, CO 80482-0066

(u)Allen & Vellone

(u)Astroff
3265 Carriage Hill Place
Ottawa,     K1T 3X6


(u)Aurora Loan Services, LLC

(u)BKD

(u)Banco Mercantil del Norte, S.A.
Esq Sn Martin, Col Americana
Avenida Vallarta numero 1617
Guadalajara,     Jalisco


(u)Bank of America as Servicer for Deutsche B

(u)Jan Beresford

(u)Casperd
#3-389 Collett Road
Kelowna,     VIW 3A3


(u)Dickensheet & Associates, Inc.

(u)Digital Rez
Suite #5, Warrens Court, Warrens
Bridgetown,     BDS

(u)Feder Law Firm

(u)FirstCaribbean International Bank
Leeward Highway Branch
P.O. Box 698, Leeward Highway
Providenciales,Turks & Caicos

(u)FirstCaribbean International Bank
Leeward Highway Branch
PO Box 698, Leeward Highway
Providenciales, Turks & Caicos Islands

(u)Gaitan
Rosas 330 Col. Torreon Jardin
Torreon,    27200

(u)HSBC Bank USA, National Association as Tru

(u)Humberto Munoz Flores de la Torre
Cancun,    Q. Roo

(u)Christian Vance Kirchner

(u)Lakota Owners Association, Inc.

(d)Maria R. Massaro
1313 Carlyle Park Cir.
Highlands Ranch, CO 80129-6974

(u)Name
Line 2
Address
City,    Zip

(d)Neighborhood Home Buyers, LLC
P.O. Box 609
Point Clear, AL 36564-0609

(u)Paramount Destinations

(d)Paramount Destinations, Inc.
520 A Old Stoney Road
Corolla, NC 27927-2215

(u)Red Hawk Townhome Condominiums

(u)Michael E. Romero

(d)Schoenholz
75 Leeshore Lane
Tiverton, RI  02878-4269

(u)Sheldon Good & Company

(u)Terracehouse Condominium Association, Inc.

(u)The Callahan Group, LLC

(u)The Keystone Neighbourhood Company, Inc.

(u)The Phoenix Club, LLC

(u)The Townhomes at Settlers Creek Condominiu

(u)The village at copper association

(u)US Bank, NA As Trustee

(u)Villa La Estancia
Paseo Cocoteros #700 Sur
Nuevo Vallarta,    Nayarit

(u)Villa Renaisance
Grace Bay
P.O. Box 592, Ventura Drive
Providenciales,

(u)Widyasurya
63 Prince Street Mosman
Sydney,    02088

End of Label Matrix
Mailable recipients   633
Bypassed recipients    38
Total                 671