UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MICHAEL E. ROMERO

| | | |
|---|---|---|
| In re: | ) | Case No. 09-11070-MER |
| | ) | |
| HIGH COUNTRY CLUB, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to Daniel Eagle in the amount of $414.86, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by Dilks & Knopik, on behalf of Daniel W. Engle, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $414.86 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Daniel W. Engle in care of Dilks & Knopik, LLC.

Dated: May 24, 2016

BY THE COURT:

_____
BANKRUPTCY JUDGE