UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
BANKRUPTCY JUDGE MICHAEL E. ROMERO

In re:

HIGH COUNTRY CLUB,

Debtor.

Bankruptcy Case No. 09-11070-MER

Chapter 7

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to Daniel Eagle in the amount of $414.86, was not cashed or was returned as undeliverable

Upon the request for release of unclaimed funds filed by Dilks & Knopik, LLC, on behalf of Daniel W. Engle, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $414.86 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Daniel W. Engle, c/o Dilks & Knopik, LLC.

Dated:

August 14, 2017

BY THE COURT:

_____
BANKRUPTCY JUDGE