```
                           United States Bankruptcy Court
                                District of Colorado
In re:                                                        Case No. 09-11070-MER
High Country Club, LLC                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: eckhardtc            Page 1 of 2              Date Rcvd: Aug 16, 2017
                              Form ID: pdf904            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Daniel Engle
                                                                             TOTALS: 1, * 0, ## 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
              Bradford E. Dempsey    on behalf of Creditor    Red Hawk Townhome Condominiums
               brad.dempsey@faegrebd.com,    candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Bradford E. Dempsey    on behalf of Creditor    The Townhomes at Settlers Creek Condominium
               Association, Inc. brad.dempsey@faegrebd.com,    candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Bradford E. Dempsey    on behalf of Creditor    The Keystone Neighbourhood Company, Inc.
               brad.dempsey@faegrebd.com,    candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Christian C. Onsager    on behalf of Debtor    High Country Club, LLC consager@OFJlaw.com,
               bmoss@OFJlaw.com;tcadwell@OFJlaw.com
              Dayle L. Anderson    on behalf of Creditor    Lakota Owners Association, Inc.
               d.l.anderson@comcast.net
              Elizabeth Bryans    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               ebryans@allen-vellone.com,    mmorton@allen-vellone.com
              Ethan Birnberg    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               ebirnberg@lindquist.com,    bblessing@lindquist.com
              Ethan Birnberg    on behalf of Trustee Jeffrey A. Weinman ebirnberg@lindquist.com,
               bblessing@lindquist.com
              Harrie F. Lewis    on behalf of Trustee Jeffrey A. Weinman hlewis@lindquist.com,
               lparker@lindquist.com
              Harrie F. Lewis    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               hlewis@lindquist.com,    lparker@lindquist.com
              Holly L. Decker    on behalf of Creditor    Aurora Loan Services, LLC bankruptcy@medvedlaw.com
              Jeffrey Weinman    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               jweinman@epitrustee.com,    lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey A. Weinman    on behalf of Trustee Jeffrey A. Weinman jweinman@epitrustee.com,
               jweinman@ecf.epiqsystems.com;lkraai@ecf.courtdrive.com
              Kevin L. Ehlers    on behalf of Defendant    Olana & Associates kevin@kevinehlerslaw.com,
               gwail@kevinehlerslaw.com
              Laurie Stirman    on behalf of Defendant    Paramount Destinations, Inc.
               laurie@stirmanlawoffice.com,    ces@stirmanlawoffice.com
              Lawrence B. Leff    on behalf of Creditor    The village at copper association lbleff@wlpplaw.com,
               Holson@wlpplaw.com;Mvargas@wlpplaw.com
              Mark S. Ratner    on behalf of Defendant    Omni Hotels Management Corporation
               ratnerm@hallevans.com,    guruler@hallevans.com
              Patrick D. Vellone    on behalf of Spec. Counsel    Allen & Vellone pvellone@allen-vellone.com,
               la@allen-vellone.com
              Patrick D. Vellone    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               pvellone@allen-vellone.com,    la@allen-vellone.com
              Patrick D. Vellone    on behalf of Trustee Jeffrey A. Weinman pvellone@allen-vellone.com,
               la@allen-vellone.com
              Paul G. Urtz    on behalf of Defendant    American Express Travel Related Services Company, Inc.
               paulurtz@stutzmillerurtz.com
              Stephen Dexter    on behalf of Defendant    BKD, LLP sdexter@lathropgage.com,
               CHuffman@LathropGage.com

```
District/off: 1082-1          User: eckhardtc            Page 2 of 2                   Date Rcvd: Aug 16, 2017
                              Form ID: pdf904            Total Noticed: 0


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stuart M. Altman    on behalf of Defendant    Sam Properties, LLC stuart.altman@hoganlovells.com,
               dj.mckune@hoganlovells.com;tyann.cyrus@hoganlovells.com
              Theodore J. Hartl    on behalf of Trustee Jeffrey A. Weinman thartl@lindquist.com,
               bblessing@lindquist.com
              Thomas F. Quinn    on behalf of Creditor    The Callahan Group, LLC tquinn@tfqlaw.com,
               officeadmin@tfqlaw.com
              Thomas F. Quinn    on behalf of Creditor    The Phoenix Club, LLC tquinn@tfqlaw.com,
               officeadmin@tfqlaw.com
              US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 27
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
BANKRUPTCY JUDGE MICHAEL E. ROMERO

| In re: | |
|---|---|
| HIGH COUNTRY CLUB, | Bankruptcy Case No. 09-11070-MER |
| Debtor. | Chapter 7 |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to Daniel Eagle in the amount of $414.86, was not cashed or was returned as undeliverable

Upon the request for release of unclaimed funds filed by Dilks & Knopik, LLC, on behalf of Daniel W. Engle, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $414.86 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Daniel W. Engle, c/o Dilks & Knopik, LLC.

Dated:

August 14, 2017

BY THE COURT:

_____
BANKRUPTCY JUDGE