**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

High Country Club, LLC

Debtor(s).

Case No. 09-11070-MER

Chapter 13

### Request for Claims
### Deposited into the U. S. Treasury Registry Account

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**
**AND MUST BE SUBMITTED BY WRITTEN REQUEST**

\_\_\_\_ The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

\_\_\_\_ Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓ Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

While the assignment from Greentree to Wilmington Trust has been provided, evidence of the Successor-in-Interest status of US Bank is lacking. The court also needs to see evidence of Ocwen's appointment as Servicing Agent.

The Application for Release of Unclaimed Funds should state that Ocwen Loan Servicing LLC should be the recipient of the check as you have indicated on the AO213 form.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Christine Eckhardt
Financial Specialist
Cob_UnclaimedFunds@cob.uscourts.gov