```
                           United States Bankruptcy Court
                                District of Colorado
In re:                                                        Case No. 09-11070-MER
High Country Club, LLC                                        Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: eckhardtc            Page 1 of 2              Date Rcvd: Oct 24, 2017
                              Form ID: pdf904            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
intp           +Ocwen Loan Servicing, LLC,    5347 S. Valentia Way Ste. 100,    Greenwood Village, CO 80111-3107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Bradford E. Dempsey    on behalf of Creditor    Red Hawk Townhome Condominiums
               brad.dempsey@faegrebd.com, candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Bradford E. Dempsey    on behalf of Creditor    The Townhomes at Settlers Creek Condominium
               Association, Inc. brad.dempsey@faegrebd.com, candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Bradford E. Dempsey    on behalf of Creditor    The Keystone Neighbourhood Company, Inc.
               brad.dempsey@faegrebd.com, candee.smith@FaegreBD.com;susan.haag@faegrebd.com
              Christian C. Onsager    on behalf of Debtor    High Country Club, LLC consager@OFJlaw.com,
               consager@ecf.courtdrive.com;bmoss@ecf.courtdrive.com
              Dayle L. Anderson    on behalf of Creditor    Lakota Owners Association, Inc.
               d.l.anderson@comcast.net
              Elizabeth Bryans    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               ebryans@allen-vellone.com, mmorton@allen-vellone.com
              Ethan Birnberg    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               ebirnberg@lindquist.com, bblessing@lindquist.com
              Ethan Birnberg    on behalf of Trustee Jeffrey A. Weinman ebirnberg@lindquist.com,
               bblessing@lindquist.com
              Harrie F. Lewis    on behalf of Trustee Jeffrey A. Weinman hlewis@lindquist.com,
               lparker@lindquist.com
              Harrie F. Lewis    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               hlewis@lindquist.com, lparker@lindquist.com
              Holly L. Decker    on behalf of Creditor    Aurora Loan Services, LLC bankruptcy@medvedlaw.com
              Jeffrey Weinman    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               jweinman@epitrustee.com, lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey A. Weinman    on behalf of Trustee Jeffrey A. Weinman jweinman@epitrustee.com,
               jweinman@ecf.epiqsystems.com;lkraai@ecf.courtdrive.com
              Kevin L. Ehlers    on behalf of Defendant    Olana & Associates kevin@kevinehlerslaw.com,
               gwail@kevinehlerslaw.com
              Laurie Stirman    on behalf of Defendant    Paramount Destinations, Inc.
               laurie@stirmanlawoffice.com, ces@stirmanlawoffice.com
              Lawrence B. Leff    on behalf of Creditor    The village at copper association lbleff@wlpplaw.com,
               Holson@wlpplaw.com;Mvargas@wlpplaw.com
              Mark S. Ratner    on behalf of Defendant    Omni Hotels Management Corporation
               ratnerm@hallevans.com, guruler@hallevans.com
              Patrick D. Vellone    on behalf of Spec. Counsel    Allen & Vellone pvellone@allen-vellone.com,
               la@allen-vellone.com
              Patrick D. Vellone    on behalf of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee
               pvellone@allen-vellone.com, la@allen-vellone.com
              Patrick D. Vellone    on behalf of Trustee Jeffrey A. Weinman pvellone@allen-vellone.com,
               la@allen-vellone.com
              Paul G. Urtz    on behalf of Defendant    American Express Travel Related Services Company, Inc.
               paulurtz@stutzmillerurtz.com

```
District/off: 1082-1          User: eckhardtc              Page 2 of 2               Date Rcvd: Oct 24, 2017
                              Form ID: pdf904              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Stephen  Dexter    on behalf of Defendant    BKD, LLP sdexter@lathropgage.com, CHuffman@LathropGage.com
        Stuart M. Altman    on behalf of Defendant    Sam Properties, LLC stuart.altman@hoganlovells.com, dj.mckune@hoganlovells.com;tyann.cyrus@hoganlovells.com
        Theodore J. Hartl    on behalf of Trustee Jeffrey A. Weinman thartl@lindquist.com, bblessing@lindquist.com
        Thomas F. Quinn    on behalf of Creditor    The Callahan Group, LLC tquinn@tfqlaw.com, officeadmin@tfqlaw.com
        Thomas F. Quinn    on behalf of Creditor    The Phoenix Club, LLC tquinn@tfqlaw.com, officeadmin@tfqlaw.com
        US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

High Country Club, LLC

Debtor(s).

Case No. 09-11070-MER

Chapter 13

**Request for Claims**
**Deposited into the U. S. Treasury Registry Account**

<u>**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**
**AND MUST BE SUBMITTED BY WRITTEN REQUEST**</u>

____ The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

____ Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓ Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

While the assignment from Greentree to Wilmington Trust has been provided, evidence of the Successor-in-Interest status of US Bank is lacking. The court also needs to see evidence of Ocwen's appointment as Servicing Agent.

The Application for Release of Unclaimed Funds should state that Ocwen Loan Servicing LLC should be the recipient of the check as you have indicated on the AO213 form.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Christine Eckhardt
Financial Specialist
Cob_UnclaimedFunds@cob.uscourts.gov