**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

HIGH COUNTRY CLUB, LLC

　　　Debtor.

Case No. 09-11070 MER

Chapter 7

**NOTICE OF HEARING**

　　　PLEASE TAKE NOTICE that a status conference on the Application for Unclaimed Funds filed by PHH Mortgage Corporation will be held on **Thursday, January 30, 2020, at 10:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  The primary purpose of the conference is to allow the Court to examine the original documents held by the Applicant.

DATED: January 15, 2020　　　　　　　BY ORDER OF THE COURT:

　　　　　　　　　　　　　　　　　　　KENNETH S. GARDNER, CLERK

　　　　　　　　　　　　　　　　　　　By: Deborah L. Beatty, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　U.S. Custom House
　　　　　　　　　　　　　　　　　　　　　　721 19th Street
　　　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202-2508