## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| January 30, 2020 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re: <br><br>High Country Club, LLC <br><br>Debtor. | Case No. 09-11070 MER <br><br>Chapter 7 |

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | |
| Creditor | PHH Mortgage Corporation | Counsel | Cynthia Lowry-Graber |

Proceedings:

Application for Unclaimed Funds filed by PHH Mortgage

Orders:

The Court has reviewed the original promissory note and attendant documents and finds they are sufficient. The application will be granted by separate order.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk