**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

In re:  Case No.: 09–11070–MER
High Country Club, LLC  Chapter: 7
**Debtor(s)**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appears to the Court that the original dividend check issued in the above referenced case to Claimant(s), Green Tree Home Loan Servicing and Mortgage Services, in the amount of 630,961.03, was not cashed or was returned as undeliverable.

On 10/28/20, PHH Mortgage Corporation, as servicing agent and attorneyinface for U.S. Bank National Association, as trustee for Lehman XS Mortgage PassThrough Certificates, Series 20073 came forward as rightful claimant of these funds and filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that PHH Mortgage Corporation, as servicing agent and attorneyinface for U.S. Bank National Association, as trustee for Lehman XS Mortgage PassThrough Certificates, Series 20073 is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of 630,961.03 held in unclaimed funds be made payable to PHH Mortgage Corporation, as servicing agent and attorneyinface for U.S. Bank National Association, as trustee for Lehman XS Mortgage PassThrough Certificates, Series 20073 and be disbursed to the payee at the following address:

1661 Worthington Road, Suite 100, West Palm Beach, FL 33409.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Dated:** February 3, 2020                By the Court: <u>Michael E. Romero</u>
                                                             **U. S. Bankruptcy Judge**